

NUMBER 13-18-00320-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN THE INTEREST OF J.C., JR. AND L.C., CHILDREN

On Appeal from the County Court at Law
of Aransas County, Texas.

## MEMORANDUM OPINION

**Before Justices Contreras, Longoria, and Hinojosa**
**Memorandum Opinion Per Curiam**

Appellant, J.C. Sr., appealed a judgment entered by the County Court at Law of Aransas County, Texas. On June 22, 2017, the Clerk of this Court notified appellant that his appeal had not been timely perfected. The Clerk also notified appellant, in accordance with Texas Rule of Appellate Procedure 42.3(c), that we would dismiss his appeal if this defect was not corrected within ten days of him receiving notice. *See* TEX. R. APP. P. 42.3(c). Appellant has not responded to the notice from the Clerk or cured the defect. *See* TEX. R. APP. P. 5, 12.1(b).

The Court, having considered the documents on file and appellant's failure to correct the defect, is of the opinion that the appeal should be dismissed. *See id.* 42.3(b), (c). Accordingly, the appeal is DISMISSED for want of prosecution.

PER CURIAM

Delivered and filed the
19th day of July, 2018.